IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GARY DUEY DULA             :

    v.                      :    Civil Action No. DKC 2008-0427

NATIONAL SECURITY
 AGENCY, ET AL.            :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 4th day of November, 2008, by the United States District Court for the District of Maryland, ORDERED that:

    1.   ITT Corporation's Motion to Dismiss (paper 7) BE, and the same hereby IS, GRANTED;

    2.   The National Security Agency's Motion to Dismiss (paper 13) BE, and the same hereby IS, GRANTED;

    3.   Northrop Grumman Corp.'s Motion for a More Definite Statement (paper 9) BE, and the same hereby IS, DENIED as moot;

    4.   Plaintiff's Motion for an Immediate Court Order for a Writ of Peremptory Mandamus with Demand for Specific Performance and an Injunction Against the Defendants (paper 23) BE, and the same hereby IS, DENIED;

    5.   Plaintiff's Complaint (paper 1) BE, and the same hereby IS, DISMISSED; and

      6.   The Clerk will transmit copies of the Memorandum Opinion and this Order to Plaintiff and counsel for the Defendants and CLOSE this case.

                                                /s/  
                                    DEBORAH K. CHASANOW  
                                    United States District Judge